# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LARRY J. EVERS, JR.,**
**ADC # 113065**                                                                                          **PLAINTIFF**

**v.**                          **Case No. 5:17-cv-00047-KGB/JTK**

**WENDY KELLEY, et al**                                                                            **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 21). No objections have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Therefore, plaintiff Larry J. Evers, Jr.'s complaint is dismissed without prejudice due to a lack of prosecution. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this the 25th day of October 2017.

                                                           Kristine G. Baker
                                                           United States District Judge